IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Priscilla L. Williams, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Office of the Chief Administrative Officer, )<br>U.S. House of Representatives )<br>)<br>Defendant. )<br>_____) | Civ. No. 1:06CV2153 (RCL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83.6(a), Gloria J. Lett, Counsel, Office of House Employment Counsel, U.S. House of Representatives, 1036 Longworth House Office Building, Washington, D.C. 20515, hereby enters her appearance as counsel for Defendant in the above-referenced matter.

Respectfully submitted,

DEFENDANT OFFICE OF THE CHIEF
ADMINISTRATIVE OFFICER OF THE UNITED
STATES HOUSE OF REPRESENTATIVES

By: _____/s/_____
Russell H. Gore, D.C. Bar # 449231
Ann R. Rogers, D.C. Bar # 441622
Gloria J. Lett, D.C. Bar # 293365
U.S. House of Representatives
Office of House Employment Counsel
1036 Longworth House Office Building
Washington, D.C. 20515
(202) 225-7075
Gloria.Lett@mail.house.gov
Ann.Rogers@mail.house.gov
Russell.Gore@mail.house.gov

Dated: February 16, 2007          Attorneys for Defendant