IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Priscilla L. Williams,            )
                                  )
        Plaintiff,                )
                                  )
v.                                )    Civ. No. 1:06CV2153 (RCL)
                                  )
Office of the Chief Administrative Officer, )
U.S. House of Representatives     )
                                  )
        Defendant.                )
_____)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83.6(a), Ann R. Rogers, Deputy Counsel, Office of House Employment Counsel, U.S. House of Representatives, 1036 Longworth House Office Building, Washington, D.C. 20515, hereby enters her appearance as counsel for Defendant in the above-referenced matter.

Respectfully submitted,

DEFENDANT OFFICE OF THE CHIEF
ADMINISTRATIVE OFFICER OF THE UNITED
STATES HOUSE OF REPRESENTATIVES

By:  _____/s/_____
     Russell H. Gore, D.C. Bar # 449231
     Ann R. Rogers, D.C. Bar # 441622
     Gloria J. Lett, D.C. Bar # 293365
     U.S. House of Representatives
     Office of House Employment Counsel
     1036 Longworth House Office Building
     Washington, D.C. 20515
     (202) 225-7075
     Gloria.Lett@mail.house.gov
     Ann.Rogers@mail.house.gov
     Russell.Gore@mail.house.gov

Dated: February 16, 2007            Attorneys for Defendant