UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCILLA L. WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-02153 (RCL) |
| ) | |
| **OFFICE OF THE CHIEF ADMINISTRATIVE** ) | |
| **OFFICER, UNITED STATES HOUSE OF** ) | |
| **REPRESENTATIVES,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Defendant, the Office of the Chief Administrative Officer of the United States House of Representatives has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 7, 2007.