# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Priscilla Williams<br>5309 Riverdale Road, Apt #112<br>Riverdale, MD 20737<br><br>     Plaintiff,<br><br>     v.<br><br>Office of the Chief Administrative Officer<br>U.S. House of Representatives<br>U.S. Capitol, HB30<br>Washington, D.C. 20515<br><br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:06-CV-02153

## NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

     Please take notice that plaintiff is filing herewith the declaration of John Thomas, attesting to the service of the summons and Complaint in this case upon the Office of the Chief Administrative Officer, U.S. House of Representatives.

Respectfully submitted,

Cheryl Polydor
D.C. Bar # 454066
JOHN BERRY, P.L.L.C.
1990 M Street, N.W.
Washington, DC 20036
(202) 955-1100

Counsel for Plaintiff

March 19, 2007

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to the case of Priscilla Williams v. Office of the Chief Administrative Officer, a matter before the U.S. District Court for the District of Columbia.

My name is _Ju L c. Thomas_.

My address is _2920    Ala. Ave. SE. WDC 20020_

I hand delivered the summons for the Civil Complaint Case # 1:06CV02153 in this matter to the following persons via courier service, on December 20, 2006:

| Office of the Chief Administrative Officer |
| --- |
| U.S. House of Representatives |
| U.S. Capitol, HB30 |
| Washington, D.C. 20515 |

I declare under penalty of perjury that the foregoing is true and correct on this date of December 20, 2006.

Printed Name

_JuL c Thomas_

Signature

_Juhc_

**NOTARY**