**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Priscilla Williams                                      )
5309 Riverdale Road, Apt #112                           )
Riverdale, MD 20737                                     )
                                                        )
       Plaintiff,                                   )
                                                        )
       v.                                           )          Civil Action No. 1:06-CV-02153
                                                        )
Office of the Chief Administrative Officer              )
U.S. House of Representatives                           )
U.S. Capitol, HB30                                      )
Washington, D.C. 20515                                  )
                                                        )
                                                        )
       Defendant.                                   )
                                                        )

## NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

    Please take notice that plaintiff is filing herewith the declaration of Michael T. Warren attesting to the service of the summons and Amended Complaint in this case upon the United States Attorney for the District of Columbia, Jeffery A. Taylor.

                      Respectfully submitted,

                      _____

                      Cheryl Polydor
                      D.C. Bar # 454066
                      JOHN BERRY, P.L.L.C.
                      1990 M Street, N.W.
                      Washington, DC 20036
                      (202) 955-1100

                      Counsel for Plaintiff

March 19, 2007

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to the case of Priscilla Williams v. Office of the Chief Administrative Officer, a matter before the U.S. District Court for the District of Columbia.

My name is _John C. Thomas_ .

My address is _2920 Ala. Ave. SE DC 20026_

I hand delivered the summons for the Civil Complaint Case # 1:06CV02153 in this matter to the following persons via courier service, on December 20, 2006:

Kenneth Wainstein, Esq.

555 4th Street, N.W.

Washington, D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct on this date of December 20, 2006.

Printed Name

_John Thomas_

Signature

_J. Thomas_

**NOTARY**