UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Priscilla Williams<br>5309 Riverdale Road, Apt #112<br>Riverdale, MD 20737<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Office of the Chief Administrative Officer<br>U.S. House of Representatives<br>U.S. Capitol, HB30<br>Washington, D.C. 20515<br><br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:06-CV-02153<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

Please take notice that plaintiff is filing herewith the declaration of Michael T. Warren attesting to the service of the summons and Amended Complaint in this case upon the Office of the Chief Administrator Officer, U.S. House of Representatives.

Respectfully submitted,

/s/ Cheryl Polydor
Cheryl Polydor
D.C. Bar # 454066
JOHN BERRY, P.L.L.C.
1990 M Street, N.W.
Washington, DC 20036
(202) 955-1100

Counsel for Plaintiff

March 19, 2007

AO 440 (Rev. DC - September 2003) Summons in a C

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Jan. 23, 2007 |
| NAME OF SERVER (PRINT) Michael T. Warren | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: U.S. Capitol Building

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Ms. J. Zuhkoff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan. 23, 2001
            *Date*

_Michael T. Warren_
*Signature of Server*

1910 Wilson Blvd., Arlington VA
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.