IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Priscilla L. Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:06CV2153 (RCL) |
| ) | |
| Office of the Chief Administrative Officer, ) | |
| ) | |
| Defendant. ) | |

**PRECIPE**

Plaintiff, by Counsel, respectfully requests that the attached Proposed Scheduling Order in the captioned case, which was inadvertently omitted from the Joint Local Rule 16.3 Report (Report) filed yesterday by the parties, now be added to the Report.

Respectfully Submitted,


By: ____/s/_____
Cheryl Polydor, D.C. Bar No. 454066
1990 M Street, NW
JOHN BERRY, PLLC
Suite 610
(202) 955-1100
*Attorney for Plaintiff*

Dated: April 3, 2007

—1—

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Priscilla L. Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:06CV2153 (RCL) |
| ) | |
| Office of the Chief Administrative Officer, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the Joint Local 16.3 Report, the Court hereby adopts the following schedule for this proceeding:

1. Amendment of pleadings: January 11, 2008

2. Mediation before Magistrate Judge _____ April 9 - June 8, 2007

3. Discovery Commences: June 11, 2007

4. Discovery Concludes: _____

5. Amendment of Complaint _____

5. Dispositive Motion due: _____

6. Opposition due: _____

7. Reply due: _____

8. Pretrial conference: _____

9. Trial: _____

SO ORDERED.

_____

United States District Judge Royce C. Lamberth