UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PRISCILLA L. WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE CHIEF ADMINISTRATIVE OFFICER, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> Defendant. | Civil Action No. 1:06-02153 (RCL) |

## SCHEDULING ORDER

Upon consideration of the Joint Local 16.3 Report, the Court hereby adopts the following schedule for this proceeding:

1. Amendment of pleadings, including Complaint:   Nov. 15, 2007;
2. Mediation before Magistrate Judge Facciola:   Apr. 23 – June 23, 2007;
3. Discovery Commences:   June 23, 2007;
4. Discovery Concludes:   Dec. 23, 2007;
5. Dispositive Motions due:   Feb. 23, 2008;
6. Oppositions due:   Mar. 23, 2008;
7. Replies due:   Apr. 7, 2008;
8. Status Conference:   After disposition of any dispositive motions, at which dates for pretrial and trial will be set.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.