## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PRISCILLA L. WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:06-02153 (RCL)** |
| | ) | |
| **OFFICE OF THE CHIEF ADMINISTRATIVE** | ) | |
| **OFFICER, UNITED STATES HOUSE OF** | ) | |
| **REPRESENTATIVES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Upon consideration of the Joint Local 16.3 Report, and the entire record herein, it is hereby

ORDERED that this matter is referred to Magistrate Judge Facciola for discussion of effectuation of possible settlement.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.