UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN NATIONAL RED CROSS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:07-209 (RCL) |
| VINTON ROOFING COMPANY, INC., | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Upon consideration of the Joint Local 16.3 Report, the Court hereby adopts the following schedule for this proceeding:

1. Parties' Initial Disclosures:                    May 1, 2007;

2. Parties' Expert Disclosures:                    Plaintiff: May 15, 2007,
                                                                         Defendant: July 2, 2007;

3. Joinder of Parties and Amendment of Pleadings:   June 15, 2007;

4. Discovery Concludes:                             November 1, 2007;

5. Status Conference:                               To be held after disposition of any dispositive motions, at which dates for pretrial and trial will be set.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.