IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Priscilla L. Williams,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Office of the Chief Administrative Officer,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civ. No. 1:06CV2153 (RCL)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE REGARDING FIRST AMENDED COMPLAINT (Docket #16)

Defendant, Office of the Chief Administrative Officer for the U.S. House of Representatives, hereby notifies the Court that it has already filed its Answer and Affirmative Defenses to the First Amended Complaint. The First Amended Complaint (which was filed as Docket # 16 on April 30, 2007) is the same document as Docket #2 (which was filed on January 11, 2007). Defendant's Answer was filed on February 16, 2007 and is Docket #3. Defendant understands that Plaintiff's counsel re-filed the Amended Complaint as Docket # 16 as a pro forma action and does not expect or require Defendant to refile its Answer.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　Russell H. Gore, D.C. Bar No. 449231
　　　　　　　　　　　　　　　　　Ann R. Rogers, D.C. Bar No. 441622
　　　　　　　　　　　　　　　　　Gloria Lett, D.C. Bar No. 293365
　　　　　　　　　　　　　　　　　Office of House Employment Counsel
　　　　　　　　　　　　　　　　　1036 Longworth House Office Building
　　　　　　　　　　　　　　　　　Washington, D.C. 20515
　　　　　　　　　　　　　　　　　(202) 225-7075

Dated: May 9, 2007　　　　　　　　　　Attorneys for Defendant