IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Priscilla L. Williams,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Office of the Chief Administrative Officer,<br>U.S. House of Representatives,<br><br>　　　　Defendant. | Civ. No. 1:06CV2153 (RCL) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Priscilla L. Williams and Defendant Office of the Chief Administrative Officer, through their counsel of record, hereby stipulate to dismiss in its entirety, with prejudice and on the merits, the above-captioned case, without costs or attorneys' fees to either party, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully Submitted,

By: _____/s/_____    By: _____/s/_____
　　Cheryl Polydor, D.C. Bar No. 454066    　　Russell H. Gore, D.C. Bar No. 449231
　　JOHN BERRY, PLLC    　　Ann R. Rogers, D.C. Bar No. 441622
　　1990 M Street, NW    　　Gloria Lett, D.C. Bar No. 293365
　　Suite 610    　　Office of House Employment Counsel
　　Washington, DC 20036    　　1036 Longworth House Office Building
　　(202) 955-1100    　　Washington, D.C. 20515
　　　　　　　　　　　　　　　　　　(202) 225-7075

Attorneys for Plaintiff    Attorneys for Defendant

Dated: January 3, 2008